IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Leffew, William T

Printed: 10/4/05

Case Number: 05 B 31135
Judge: Hollis, Pamela S
Filed: 8/9/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Consolidated: September 19, 2005
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|                 | Receipts | Disbursements |
|-----------------|----------|---------------|
|                 | 0.00     |               |
| Secured:        |          | 0.00          |
| Unsecured:      |          | 0.00          |
| Priority:       |          | 0.00          |
| Administrative: |          | 0.00          |
| Trustee Fee:    |          | 0.00          |
| Other Funds:    |          | 0.00          |
| Totals:         | 0.00     | 0.00          |

KENNETH S. GARDNER, CLERK
TEAM - C
FILED OCT 04 2005
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. Wells Fargo Home Mortgage | Secured | | No Claim Filed |
| 2. SST | Secured | | No Claim Filed |
| 3. Erickson Mgmt | Secured | | No Claim Filed |
| 4. Wells Fargo Home Mortgage | Secured | | No Claim Filed |
| 5. Robert J Adams & Associates | Priority | | No Claim Filed |
| 6. Associated Recovery Systems | Unsecured | | No Claim Filed |
| 7. AMCA | Unsecured | | No Claim Filed |
| 8. SST | Unsecured | | No Claim Filed |
| 9. NCO Financial Systems | Unsecured | | No Claim Filed |
| 10. Ameri Collect | Unsecured | | No Claim Filed |
| 11. ATG Credit LLC | Unsecured | | No Claim Filed |
| 12. Bay Area Credit Services | Unsecured | | No Claim Filed |
| 13. Asset Acceptance | Unsecured | | No Claim Filed |
| 14. Bowman Heintz Boscia Vician | Unsecured | | No Claim Filed |
| 15. Collection Company Of America | Unsecured | | No Claim Filed |
| 16. Chase Advantage Credit | Unsecured | | No Claim Filed |
| 17. Kohl's/Kohl's Dept Stores | Unsecured | | No Claim Filed |
| 18. Dependon Collections Service | Unsecured | | No Claim Filed |
| 19. Equity Residential Properties | Unsecured | | No Claim Filed |
| 20. Federated | Unsecured | | No Claim Filed |
| 21. GMAC Mortgage Corporation | Unsecured | | No Claim Filed |
| 22. CB USA | Unsecured | | No Claim Filed |
| 23. I C Systems Inc | Unsecured | | No Claim Filed |
| 24. ICS | Unsecured | | No Claim Filed |
| 25. Midwest Pathology | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Leffew, William T                    Case Number: 05 B 31135
                                             Judge: Hollis, Pamela S
      Printed: 10/4/05                       Filed: 8/9/05

| | | | |
|---|---|---|---|
| 26. | Kohl's/Kohl's Dept Stores | Unsecured | No Claim Filed |
| 27. | Midwest Anesthesiologists | Unsecured | No Claim Filed |
| 28. | Merchant Credit Guide | Unsecured | No Claim Filed |
| 29. | MRI Association | Unsecured | No Claim Filed |
| 30. | Midland Credit Management | Unsecured | No Claim Filed |
| 31. | MCI | Unsecured | No Claim Filed |
| 32. | PMI Diagnostic Imaging | Unsecured | No Claim Filed |
| 33. | Nationwide Credit and Collecti | Unsecured | No Claim Filed |
| 34. | NCO Financial Systems | Unsecured | No Claim Filed |
| 35. | Arrow Financial Services | Unsecured | No Claim Filed |
| 36. | OSI Collection Svc Inc | Unsecured | No Claim Filed |
| 37. | Omni Credit Service | Unsecured | No Claim Filed |
| 38. | Harvard Collection Services In | Unsecured | No Claim Filed |
| 39. | Palos Community Hospital | Unsecured | No Claim Filed |
| 40. | Palos Community Hospital | Unsecured | No Claim Filed |
| 41. | Alsip Water Dept. | Unsecured | No Claim Filed |
| 42. | RMI/MCSI | Unsecured | No Claim Filed |

                                                      $ 0.00              $ 0.00

## TRUSTEE FEE DETAIL

           Fee Rate            Total Fees

                                $ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_