```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 31135
   WILLIAM T LEFFEW
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2661


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/09/2005 and was not confirmed.

     The case was transfer to marilyn marshall 08/30/2005.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
ERICKSON MANAGEMENT CO    SECURED NOT I   NOT FILED            .00           .00
UNION ACCEPTANCE CORP     SECURED NOT I    4518.36             .00           .00
SST                       UNSECURED       NOT FILED            .00           .00
WELLS FARGO BANK          SECURED NOT I   NOT FILED            .00           .00
WELLS FARGO BANK          SECURED NOT I   NOT FILED            .00           .00
ROBERT J ADAMS & ASSOC    PRIORITY        NOT FILED            .00           .00
MIDLAND CREDIT MANAGEMEN  UNSECURED         564.23             .00           .00
AMERICAN MEDICAL COLLECT  UNSECURED       NOT FILED            .00           .00
AMERICOLLECT              UNSECURED       NOT FILED            .00           .00
ARROW FINANCIAL SERVICES  UNSECURED       NOT FILED            .00           .00
ASSET ACCEPTANCE LLC      UNSECURED       NOT FILED            .00           .00
ASSOCIATED RECOVERY SYST  UNSECURED       NOT FILED            .00           .00
ATG CREDIT LLC            UNSECURED       NOT FILED            .00           .00
BAY AREA CREDIT SERVICE   UNSECURED       NOT FILED            .00           .00
BLATT HASENMILLER LEIBSK  NOTICE ONLY     NOT FILED            .00           .00
BOWMAN HEINTZ BOSCIA MCP  UNSECURED       NOT FILED            .00           .00
CB USA INC                UNSECURED       NOT FILED            .00           .00
CHASE                     UNSECURED       NOT FILED            .00           .00
CCA                       UNSECURED       NOT FILED            .00           .00
COMED                     UNSECURED       NOT FILED            .00           .00
COMED                     NOTICE ONLY     NOT FILED            .00           .00
DEPENDON COLLECTION SERV  UNSECURED       NOT FILED            .00           .00
EQUITY RESIDENTIAL        UNSECURED       NOT FILED            .00           .00
FEDERATED ADJUSTMENT CO   UNSECURED       NOT FILED            .00           .00
FEDERATED ADJUSTMENT CO   UNSECURED       NOT FILED            .00           .00
FMA ALLIANCE LTD          NOTICE ONLY     NOT FILED            .00           .00
GENERAL MOTORS ACCEPTANC  UNSECURED       NOT FILED            .00           .00
HARVARD COLLECTION SERVI  UNSECURED       NOT FILED            .00           .00
I C SYSTEMS INC           UNSECURED       NOT FILED            .00           .00
I C COLLECTION SERVICE    UNSECURED       NOT FILED            .00           .00
KOHLS DEPT ST             UNSECURED       NOT FILED            .00           .00
KOHLS DEPT ST             UNSECURED       NOT FILED            .00           .00
MONOGRAM BANK N AMERICA   NOTICE ONLY     NOT FILED            .00           .00
MCI                       UNSECURED       NOT FILED            .00           .00
MERCHANTS CREDIT GUIDE C  UNSECURED       NOT FILED            .00           .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 31135 WILLIAM T LEFFEW
```

```
MIDWEST ANESTHESIOLOGIST  UNSECURED       NOT FILED              .00            .00
MIDWEST DIAGNOSTIC PATHO  UNSECURED       NOT FILED              .00            .00
MRI ASSOCIATES OF ILLINO  UNSECURED       NOT FILED              .00            .00
NATIONWIDE CREDIT & COLL  UNSECURED       NOT FILED              .00            .00
NCO FINANCIAL SYSTEM      UNSECURED       NOT FILED              .00            .00
NCO FINANCIAL SYSTEMS IN  UNSECURED       NOT FILED              .00            .00
NORTHLAND GROUP INC       NOTICE ONLY     NOT FILED              .00            .00
NORTHLAND GROUP INC       NOTICE ONLY     NOT FILED              .00            .00
OMNI CREDIT SERVICES      UNSECURED       NOT FILED              .00            .00
OSI COLLECT               UNSECURED       NOT FILED              .00            .00
P M I DIAGNOSTIC IMAGING  UNSECURED       NOT FILED              .00            .00
PALOS COMMUNITY HOSPITAL  UNSECURED       NOT FILED              .00            .00
PALOS EMERGENCY MEDICAL   UNSECURED       NOT FILED              .00            .00
PROTOCOL RECOVERY         NOTICE ONLY     NOT FILED              .00            .00
RMI MCSI                  UNSECURED          250.00              .00            .00
TRUE LOGIC FINANCIAL COR  NOTICE ONLY     NOT FILED              .00            .00
VILLAGE OF ALSIP          UNSECURED       NOT FILED              .00            .00
VILLAGE OF ALSIP          UNSECURED       NOT FILED              .00            .00
WOLPOFF & ABRAMSON LLP    NOTICE ONLY     NOT FILED              .00            .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY           .00                             .00
TOM VAUGHN                TRUSTEE                                               .00
DEBTOR REFUND             REFUND                                                .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                         .00                    .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 12/29/05             _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE


                          PAGE   2
           CASE NO. 05 B 31135 WILLIAM T LEFFEW